IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KELLY J. RUSSELL,

        Plaintiff,

v.

                                                                                                Case No. 20-cv-102-wmc

ANDREW M. SAUL,
Commissioner of Social Security

        Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul, against Kelly J. Russell affirming the Commissioner's decision and dismissing this case.

| s/ V. Olmo, Deputy Clerk | 2/09/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |